IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERLENE RIVERA<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CAUSE NO. 4:13:cv-1908 |
| AARON WEBSTER, AN INDIVIDUAL,<br>AND WEBSTER FOODS, LLC, D/B/A<br>TASTI D'LITE<br>    Defendants | §<br>§<br>§<br>§ | |

### ORDER GRANTING NOTICE OF NONSUIT WITHOUT PREJUDICE

On the date shown below, the Court considered Plaintiff's Notice of Nonsuit without Prejudice in the above styled lawsuit. Having considered Plaintiff's Notice of Nonsuit, the Court hereby ORDERS that all Petitioner's claims against Defendants be nonsuited without prejudice as to the refiling of same.

It is further ORDERED that all costs of Court be taxed against the party incurring same.

SIGNED on this 27th day of JUNE 2014.

_____
PRESIDING JUDGE